■ CONSOLIDATED EDISON SOLUTIONS, INC., Respondent, v JACK PYTLUK, Individually and Doing Business as HARP MARKETING, Appellant. [937 NYS2d 596]

Under the particular circumstances of this case, the Supreme Court properly granted that branch of the plaintiff's motion which was for summary judgment on the issue of liability. Rivera, J.P., Dickerson, Eng and Lott, JJ., concur.